# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1437
L.T. Case No. 2023-CA-011483

———————————————

JOSEPH RAY LEATHERS a/k/a JOEY
LEATHERS AND MARLENA LEATHERS,

     Appellants,

     v.

DENNIS J. LAFER, as Trustee of the Dennis J. Lafer
Living Trust, dated November 3, 1994, and VIRGINIA
W. LAFER, as Trustee of the Virginia W. Lafer Living
Trust, dated November 3, 1994,

     Appellees.

———————————————

On appeal from the Circuit Court for Duval County.
Katie L. Dearing, Judge.

Joseph Ray Leathers a/k/a Joey Leathers and Marlena Leathers,
Jacksonville, pro se.

James A. Bledsoe, Jr., of Bledsoe Jacobson & Wright, Jacksonville,
for Appellees.

January 21, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————